JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISCTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Yongquan Hu, an Individual; and Jinghua Ren, an Individual;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Daimler Trucks North America, LLC, a Delaware Limited Liability Company; XPO Logistics, LLC, a Delaware Limited Liability Company; American Alliance Logistics, Inc., a California Corporation; Popo Trucking, Inc. a California Corporation; GC Global Trucking, Inc. a California Corporation; Action Logistics, Inc., a California Corporation; Liang Ye, an individual; Dong Yang, an individual; Ran Gao, an Individual; and DOES 1 to 50, Inclusive;<br><br>　　　　　Defendants. | CASE NO.:  2:21-cv-02093-FMO-ADS<br><br>**ORDER ON PARTIES' STIPULATION [9] TO REMAND THIS CASE TO STATE SUPERIOR COURT**<br><br>**The Honorable Judge Fernando M. Olguin**<br><br>Superior Court Complaint Filing Date: 3/1/21<br>Date Case Removed: 3/8/21 |

**PLEASE TAKE NOTICE** that upon the Court's review of the Parties' stipulation to remand this case to California State Superior Court, the Court hereby orders as follows:

IT IS ORDERED that the case currently removed to the United States District Court, Central District of California, Western Division bearing Case No. 2:21-cv-02093-FMO-ADS immediately be

1 | remanded back to the Los Angeles County Superior Court bearing Case No. 21STCV07830.

2 | IT IS FURTHER ORDERED any and all motions currently pending in the Federal Case
3 | under Case No. 2:21-cv-02093-FMO-ADS shall be considered withdrawn and taken off calendar.

4 | IT IS SO ORDERED

6 | DATED: March 25, 2021

_____/s/_____

Honorable Judge Fernando M. Olguin

**ORDER RE PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT**